# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

136929(36)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GLENN TERRANCE WILLIAMS,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 136929
COA: 284585
Muskegon CC: 06-053640-FC
             06-053668-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's October 27, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

p0420